**Motion to Lift Stay Denied; Order filed February 14, 2019**



In The

# Fourteenth Court of Appeals

————————

NO. 14-19-00048-CV

————————

**ASHLEY THOMAS, Appellant**

**V.**

**DM ARBOR COURT, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1119150**

## ORDER

Appellant filed a motion to review the supersedeas bond set by the county court at law in this forcible detainer action. Because the trial court did not conduct a hearing on appellant's "motion to set the supersedeas bond," we **ORDER** the County Civil Court at Law No. 4 to enter findings of fact regarding the amount of the supersedeas bond it set in this case. *See* Tex. R. App. P. 24.4(d). The County Civil Court at Law Number 4 is **FURTHER ORDERED**, to file those findings of fact before or on **February 28, 2019** with the clerk of this court.

The order of stay we issued on January 17, 2019, is continued for sixty additional days from the date of this order. Accordingly, appellee's motion to lift the stay is **DENIED**.


PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.